**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DENINAH GOODWIN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 2:25-cv-2561** |
| **ANGELE ROGERS et al** | **SECTION: "B" (4)** |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's timely filed objection (R. Doc. 37), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter, overruling Plaintiff's objections.

Therefore,

**IT IS ORDERED** that Plaintiff Deninah Goodwin's claims against Defendants Luciola Diaz, Joni Filfault, and Dennisse Calcano are **DISMISSED WITH PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Angele Rogers, Roxanne Hernandez, and Isabel Hernandez are **DISMISSED WITHOUT PREJUDICE** for failure to serve.

**IT IS FURTHER ORDERED** that Plaintiff's request to amend the complaint is **DENIED** for failure to state a claim for which relief may be granted.

New Orleans, Louisiana, this 10th day of November 2026.

**Senior United States District Judge**